UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>WILBUR ROSS, *et al.*,<br><br>    *Defendants*. | Case No. 17-cv-2738 (ABJ) |

## STIPULATION OF DISMISSAL

WHEREAS, on May 18, 2017, Plaintiffs submitted a petition requesting that the Secretaries of Commerce, the Treasury, and Homeland Security immediately ban the import of all fish and fish products from Mexico sourced in a manner that "results in the incidental kill or incidental serious injury" of vaquita "in excess of United States standards," pursuant to Marine Mammal Protection Act ("MMPA") Section 101(a)(2);

WHEREAS, on March 1, 2017, the Marine Mammal Commission ("the Commission") submitted a letter to the National Marine Fisheries Service ("NMFS") recommending "that NMFS consider emergency rulemaking to make a finding that" gillnet fisheries in the Mexico's Upper Gulf of California "do not meet the standards applicable under section 101(a)(2)" of the MMPA for protecting the vaquita;

WHEREAS, on December 21, 2017, Plaintiffs filed their Complaint in the above-captioned case alleging that Defendants unlawfully withheld and/or unreasonably delayed their response to the petition and their response to the Commission's recommendation in violation of the Administrative Procedure Act, 5 U.S.C. § 706;

1

WHEREAS, Plaintiffs' action sought declaratory relief and an order compelling a response to Plaintiffs' petition and a response to the Commission's recommendation, as well as reasonable costs of litigation, including attorney's fees;

WHEREAS, on January 31, 2019, NMFS sent a letter to Plaintiffs responding to Plaintiffs' petition;

WHEREAS, on February 20 and 21, 2019, Defendants provided Plaintiffs with information detailing NMFS' response to the Commission's recommendation;

WHEREAS, the Parties wish to avoid any further litigation and controversy, the Parties enter this Stipulation of Dismissal ("Stipulation");

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice, and with each side bearing its own costs and fees, including attorney's fees.

2. This Stipulation shall have no effect with respect to any other proceeding involving any of the Parties.

3. This Stipulation contains the entire agreement among the Parties, and no statement, representation, promise, or agreement, oral or otherwise, among the Parties or their counsel that is not included herein shall have any force or effect.

4. This Stipulation may be executed in counterparts. Facsimile of pdf signatures shall constitute originals.

Dated:  March 1, 2019                                             Respectfully submitted,

*/s/ Stephen Zak Smith*                                           JEAN E. WILLIAMS,
Stephen Zak Smith                                                 Deputy Assistant Attorney General

*Admitted pro hac vice*
Natural Resources Defense Council
1314 2nd Street
Santa Monica, CA 90401
(310) 434-2334
zsmith@nrdc.org

Sarah Uhlemann
DC Bar No. 501328
Center for Biological Diversity
2400 80th Street NW
Seattle, WA 98117
(206) 327-2344
suhlemann@biologicaldiversity.org

Tanya M. Sanerib
DC Bar No. 473506
Center for Biological Diversity
2400 80th Street NW
Seattle, WA 98117
(206) 379-7363
tsanerib@biologicaldiversity.org

Nadia Adawi
*Admitted pro hac vice*
Animal Welfare Institute
900 Pennsylvania Ave. SE
Washington, DC 20003
(202) 446-2122
nadia@awionline.org
*Attorneys for Plaintiffs*

SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

 */s/ Andrea Gelatt (as authorized)*
ANDREA GELATT, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station. P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0388 | Fax: (202) 305-0275
andrea.gelatt@usdoj.gov
*Counsel for Federal Defendants*